**UNITED STATES COURT OF INTERNATIONAL TRADE        FORM  1**

<table>
<tr><td>

Store Supply Warehouse, LLC

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
</td><td>

**S U M M O N S**

**Court No.**  23-00035
</td></tr>
</table>

**TO:**     The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | **1703 Savannah, GA** | Center (if known): | |
| Protest Number: | 170320110803 | Date Protest Filed: | 10/14/2020 |
| Importer: | 20-267547600 | Date Protest Denied: | 9/23/2022 |
| Category of Merchandise: | Hardware, Racks | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| ACN-6067285-2 | 5/17/2019 | 1/31/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Robert Kevin Williams
130 E. Randolph Street, Suite 3900, Chicago, IL 60601
+1 312.985.5907
kwilliams@clarkhill.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff  Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
denied 514 protest - liquidation/reliquidation

The issue which was common to all such denied protests:
Refusal to grant exclusion from 301 tariffs and refusal to reliquidate without assessment of 301 tariffs.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

/s/ Robert Kevin Williams

*Signature of Plaintiff's Attorney*

February 10, 2023

*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170320110230 | 9/9/2020 | 8/31/2022 | ACN-6068316-4 | 6/16/2019 | 3/13/2020 | 1703 |
| 170320110230 | 9/9/2020 | 8/31/2022 | ACN-6069866-7 | 7/28/2019 | 3/13/2020 | 1703 |
| 280920106621 | 9/9/2020 | 9/14/2022 | ACN-6069958-2 | 8/14/2019 | 3/13/2020 | 2809 |
| 170320110229 | 9/9/2020 | 8/31/2022 | ACN-6070267-5 | 8/9/2019 | 3/13/2020 | 1703 |
| 170320110230 | 9/9/2020 | 8/31/2022 | ACN-6070753-4 | 8/26/2019 | 3/13/2020 | 1703 |
| 170320110230 | 9/9/2020 | 8/31/2022 | ACN-6071448-0 | 9/26/2019 | 3/13/2020 | 1703 |
| 280920106621 | 9/9/2020 | 9/12/2022 | ACN-6071878-8 | 9/23/2019 | 3/13/2020 | 2809 |
| 170320105349 | 4/20/2020 | 9/29/2022 | H92-0104339-8 | 5/31/2019 | 4/24/2020 | 1703 |
| 170320110229 | 9/9/2020 | 8/17/2022 | ACN-6066383-6 | 4/17/2019 | 3/13/2020 | 1703 |
| 170320110802 | 10/14/2020 | 10/4/2022 | ACN-6067358-7 | 5/14/2019 | 4/17/2020 | 1703 |
| 170320110782 | 10/13/2020 | 10/4/2022 | ACN-6072778-9 | 10/28/2019 | 9/25/2020 | 1703 |
| 280920106488 | 9/1/2020 | 8/17/2022 | ACN-6066253-1 | 4/6/2019 | 3/6/2020 | 2809 |
| 280920106669 | 9/14/2020 | 9/12/2022 | ACN-6066369-5 | 4/22/2019 | 3/20/2020 | 2809 |
| 170320110803 | 10/14/2020 | 9/23/2022 | ACN-6066999-9 | 5/22/2019 | 4/17/2020 | 1703 |
| 170320110686 | 10/7/2020 | 10/3/2022 | ACN-6067022-9 | 5/14/2019 | 4/10/2020 | 1703 |
| 170320110803 | 10/14/2020 | 9/23/2022 | ACN-6067569-9 | 6/5/2019 | 5/1/2020 | 1703 |
| 280920107142 | 10/14/2020 | 10/4/2022 | ACN-6068157-2 | 6/5/2019 | 5/1/2020 | 2809 |
| 170320111126 | 11/4/2020 | 9/29/2022 | ACN-6068158-0 | 6/6/2019 | 5/8/2020 | 1703 |
| 280920107364 | 11/4/2020 | 9/29/2022 | ACN-6068866-8 | 6/11/2019 | 5/8/2020 | 2809 |
| 280920107444 | 11/11/2020 | 9/29/2022 | ACN-6068936-9 | 5/17/2019 | 5/15/2020 | 2809 |
| 281120100157 | 11/18/2020 | 9/29/2022 | ACN-6069154-8 | 6/24/2019 | 5/22/2020 | 2811 |
| 170320110803 | 10/14/2020 | 9/29/2022 | ACN-6067285-2 | 5/17/2019 | 1/31/2020 | 1703 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)