**UNITED STATES COURT OF INTERNATIONAL TRADE**

STORE SUPPLY WAREHOUSE, LLC

Plaintiff,

v.

UNITED STATES,

Defendants.

Court No. 23-00035

## COMPLAINT

Plaintiff Store Supply Warehouse, LLC ("Store Supply" or "Plaintiff"), by and through undersigned counsel, alleges and states a cause of action as follows:

### CAUSE OF ACTION

1. This action is brought to contest the denial by the United States Customs and Border Protection ("CBP") of Plaintiff's protests concerning the liquidation and assessment of duties on twenty-two (22) entries: nine (9) entries of hardware, racks; three (3) entries of jewelry boxes; and ten (10) entries of showcase parts imported through the Port of Savannah, Georgia.

### JURISDICTION AND STANDING

2. Plaintiff, Store Supply, is the importer of record of the merchandise, which is the subject of this Complaint and is the real party in interest in this case.

3. Plaintiff timely protested the liquidation of the entries. The protests were denied on the dates shown on the Summons for this action.

4.     All liquidated duties, taxes, and fees were paid prior to the commencement of this action.

5.     The Summons for this civil action was timely filed on February 10, 2023.

6.     This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1581(a), which confers "exclusive jurisdiction" to the Court over "any civil action commenced to contest the denial of a protest, in whole or in part, under Section 515 of the Tariff Act of 1930." 28 U.S.C. § 1581(a).

## STATEMENT OF FACTS

7.     The merchandise subject to this action is furniture parts of wood, furniture parts of metal, wooden furniture, and boxes of corrugated paper or paperboard imported by Plaintiff from China.

8.     The furniture parts of wood were properly classified at the time of entry under item 9403.90.7080, HTSUS (2019).

9.     The furniture parts of metal were properly classified at the time of entry under item 9403.90.8041, HTSUS (2019).

10.     The wooden furniture was properly classified at the time of entry under item 9403.60.8081, HTSUS (2019).

11.     The boxes of corrugated paper or paperboard were properly classified at the time of entry under item 4819.10.0040 (2019).

12.     At the time of entry, the merchandise was subject to additional duties of 25% or 10% under tariff subheadings 9903.88.03 or 9903.88.09, respectively. These additional duties were imposed pursuant to the Section 301 Investigation of China's Acts, Policies, and Practice Related to Technology Transfer, Intellectual Property, and Innovation ("301 Tariffs").

13.     On December 17, 2019, the Office of the United States Trade Representative ("USTR") announced a list of product exclusions from the 301 Tariffs imposed under subheading 9903.88.03. These exclusions were inserted into the HTSUS under subheading 9903.88.36. *See Notice of Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 85 Fed. Reg. 17158 (Mar. 26, 2020).

14.     The exclusions provided for in subheading 9903.88.36, HTSUS, were retroactive to goods entered for consumption on or after September 24, 2018. *Id.*

15.     The specific exclusions provided for in subheading 9903.88.03, HTSUS, were listed in U.S. note 20 (oo)(vv) of subchapter III of chapter 99, HTSUS.

16.     U.S. note 20(oo)(41) provides that the 301 Tariffs shall not apply to "{e}ntry tables of wood other than bent-wood, each measuring 180 cm or more but not over 185 cm in length, 80 cm or more but not over 83 cm in height and over 40 but not over 45 cm in width, with tin top (described in statistical reporting number 9403.60.8081)."

17.     On March 26, 2020, the Office of the United States Trade Representative ("USTR") announced a list of product exclusions from the 301 Tariffs imposed under subheading 9903.88.03. These exclusions inserted into the HTSUS under subheading 9903.88.43. *See Notice of Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 85 Fed. Reg. 17158 (Mar. 26, 2020).

18.     On April 26, 2021, USTR published a correction to the March 26, 2020, exclusion notice to include goods covered by subheading 9903.88.09, HTSUS, in the 9903.88.43 exclusions. *See Notice of Technical Amendment to Product Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 86 Fed. Reg. 22092 (Apr. 26, 2021).

19.         The exclusions provided for in subheading 9903.88.43, HTSUS, were retroactive to goods entered for consumption on or after September 24, 2018. *Id.*

20.         The specific exclusions provided for in subheading 9903.88.03, HTSUS, were listed in U.S. notes 20 (oo) and (vv) of subchapter III of chapter 99, HTSUS.

21.         U.S. note 20(vv)(53) provides that the 301 Tariffs shall not apply to "{p}rinted cartons, boxes, or cases of corrugated paper or paperboard, other than sanitary food or beverage containers (described in statistical reporting number 4819.10.0040)."

22.         U.S. note 20(vv)(168) provides that the 301 Tariffs shall not apply to "{c}abinets of wood with glass fronts, each measuring at least 208 cm but not more than 234 cm in height, at least 86 cm but no more than 128 cm in width and at least 40 cm but not more than 49 cm in depth (described in statistical reporting number 9403.60.8081)."

23.         U.S. note 20(vv)(172) provides that the 301 Tariffs shall not apply to "{p}arts of counters, racks, display cases, and similar fixtures of wood other than cane, osier, bamboo or similar materials (described in statistical report number 9403.90.7080)."

24.         U.S. note 20(vv)(173) provides that the 301 Tariffs shall not apply to "{p}arts of counters, racks, display cases, and similar fixtures of base metal, other than welded wire rack decking (described in statistical report number 9403.90.8041)."

## **COUNT 1**

25.         Paragraphs 1 through 24 are incorporated herein by reference.

26.         Entry number H92-0104339-8 was covered by Protest No. 1703-20-105349.

27.         Entry lines 4 and 5 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheadings 9903.88.09 and 9903.88.03, respectively, at the duty rate of 10%.

28.        The merchandise entered on line 4 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for wooden furniture parts.

29.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

30.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

31.        The merchandise entered on line 5 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

32.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

33.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

34.        Protest No. 1703-20-105349 was wrongly disallowed.

**COUNT 2**

35.        Paragraphs 1 through 24 are incorporated herein by reference.

36.        Entry number ACN-6066383-6 was covered by Protest No. 1703-20-110229.

37.        Entry lines 3 and 5 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 10%.

38.        The merchandise entered on lines 3 and 5 of the entry subject to this count was classified in tariff item 4819.10.0040, HTSUS, which provides for other articles of cartons, boxes and cases, of corrugated paper or paperboard.

39.        The tariff classification of the merchandise in 4819.10.0040, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

40.        Merchandise classified in tariff item 4819.10.0040, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(53) of subchapter III of chapter 99, HTSUS

41.        Protest No. 1703-20-110229 was wrongly disallowed.

## COUNT 3

42.        Paragraphs 1 through 24 are incorporated herein by reference.

43.        Entry number ACN-6068316-4 was covered by Protest No. 1703-20-110230.

44.        Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

45.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

46.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

47.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

48.        Protest No. 1703-20-110230 was wrongly disallowed.

## COUNT 4

49.        Paragraphs 1 through 24 are incorporated herein by reference.

50.        Entry number ACN-6069866-7 was covered by Protest No. 1703-20-110230.

51.     Entry line 3 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

52.     The merchandise entered on line 3 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

53.     The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

54.     Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

55.     Protest No. 1703-20-110230 was wrongly disallowed.

## COUNT 5

56.     Paragraphs 1 through 24 are incorporated herein by reference.

57.     Entry number ACN- 6070267-5 was covered by Protest No. 1703-20-110230.

58.     Entry line 1 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

59.     The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

60.     The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

61.     Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

62.     Protest No. 1703-20-110230 was wrongly disallowed.

**COUNT 6**

63.        Paragraphs 1 through 24 are incorporated herein by reference.

64.        Entry number ACN- 6070753-4 was covered by Protest No. 1703-20-110230.

65.        Entry line 1 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

66.        The merchandise entered on line 3 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

67.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

68.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

69.        Protest No. 1703-20-110230 was wrongly disallowed.

**COUNT 7**

70.        Paragraphs 1 through 24 are incorporated herein by reference.

71.        Entry number ACN- 6071448-0 was covered by Protest No. 1703-20-110230.

72.        Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

73.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

74.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

75.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

76.        Protest No. 1703-20-110230 was wrongly disallowed.

## COUNT 8

77.        Paragraphs 1 through 24 are incorporated herein by reference.

78.        Entry number ACN-6067022-9 was covered by Protest No. 1703-20- 110686.

79.        Entry lines 1 and 2 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.09 at the duty rate of 10%.

80.        The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for wooden furniture.

81.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

82.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS

83.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

84.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

85.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.36 and U.S. note 20(oo)(41) of subchapter III of chapter 99, HTSUS.

86.        Protest No. 1703-20- 110686 was wrongly disallowed.

**COUNT 9**

87.        Paragraphs 1 through 24 are incorporated herein by reference.

88.        Entry number ACN- 6072778-9 was covered by Protest No. 1703-20- 110782.

89.        Entry line 4 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

90.        The merchandise entered on line 4 of the entry subject to this count was classified in tariff item 4819.10.0040, HTSUS, which provides for other articles of cartons, boxes and cases, of corrugated paper or paperboard.

91.        The tariff classification of the merchandise in 4819.10.0040, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

92.        Merchandise classified in tariff item 4819.10.0040, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(53) of subchapter III of chapter 99, HTSUS.

93.        Protest No. 1703-20- 110782 was wrongly disallowed.

**COUNT 10**

94.        Paragraphs 1 through 24 are incorporated herein by reference.

95.        Entry number ACN-6067358-7 was covered by Protest No. 1703-20- 110802.

96.        Entry lines 3 and 6 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.09 at the duty rate of 10%.

97.        The merchandise entered on lines 3 and 6 of the entry subject to this count was classified in tariff item 4819.10.0040, HTSUS, which provides for other articles of cartons, boxes and cases, of corrugated paper or paperboard.

98.        The tariff classification of the merchandise in 4819.10.0040, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

99.        Merchandise classified in tariff item 4819.10.0040, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(53) of subchapter III of chapter 99, HTSUS.

100.       Protest No. 1703-20- 110802 was wrongly disallowed.

**COUNT 11**

101.       Paragraphs 1 through 24 are incorporated herein by reference.

102.       Entry number ACN- 6066999-9 was covered by Protest No. 1703-20- 110803.

103.       Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.09 at the duty rate of 10%.

104.       The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

105.       The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

106.       Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

107.       Protest No. 1703-20- 110803 was wrongly disallowed.

**COUNT 12**

108.       Paragraphs 1 through 24 are incorporated herein by reference.

109.       Entry number ACN- 6067285-2 was covered by Protest No. 1703-20- 110803.

110.        Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.09 at the duty rate of 10%.

111.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other articles of other types of furniture and parts of metal.

112.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

113.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

114.        Protest No. 1703-20- 110803 was wrongly disallowed.

## COUNT 13

115.        Paragraphs 1 through 24 are incorporated herein by reference.

116.        Entry number ACN-6067569-9 was covered by Protest No. 1703-20- 110803.

117.        Entry lines 2 and 3 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.09 at the duty rate of 10%.

118.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

119.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

120.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

121.        The merchandise entered on line 3 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

122.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

123.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter III of chapter 99, HTSUS.

124.        Protest No. 1703-20-110803 was wrongly disallowed.

## COUNT 14

125.        Paragraphs 1 through 24 are incorporated herein by reference.

126.        Entry number ACN-6068158-0 was covered by Protest No. 1703-20- 111126.

127.        Entry lines 1 and 2 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

128.        The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

129.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

130.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter III of chapter 99, HTSUS.

131.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

132.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

133.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

134.        Protest No. 1703-20- 111126 was wrongly disallowed.

## COUNT 15

135.        Paragraphs 1 through 24 are incorporated herein by reference.

136.        Entry number ACN-6068157-2 was covered by Protest No. 2809-10-107142.

137.        Entry lines 1 and 2 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

138.        The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

139.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

140.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter III of chapter 99, HTSUS.

141.    The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

142.    The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

143.    Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

144.    Protest No. 2809-10-107142 was wrongly disallowed.

## COUNT 16

145.    Paragraphs 1 through 24 are incorporated herein by reference.

146.    Entry number ACN-6066253-1 was covered by Protest No. 2809-20-106488.

147.    Entry lines 1 and 2 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 10%.

148.    The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

149.    The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

150.    Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

151.     The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

152.     The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

153.     Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

154.     Protest No. 2809-20-106488 was wrongly disallowed.

**COUNT 17**

155.     Paragraphs 1 through 24 are incorporated herein by reference.

156.     Entry number ACN- 6069864-2 was covered by Protest No. 2809-20-106621.

157.     Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

158.     The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

159.     The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

160.     Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

161.     Protest No. 2809-20-106621 was wrongly disallowed.

**COUNT 18**

162.     Paragraphs 1 through 24 are incorporated herein by reference.

163.        Entry number ACN- 6069958-2 was covered by Protest No. 2809-20-106621.

164.        Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

165.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

166.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

167.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

168.        Protest No. 2809-20-106621 was wrongly disallowed.

## COUNT 19

169.        Paragraphs 1 through 24 are incorporated herein by reference.

170.        Entry number ACN- 6071878-8 was covered by Protest No. 2809-20-106621.

171.        Entry line 2 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheadings 9903.88.03 at the duty rate of 25%.

172.        The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

173.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

174.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

175.        Protest No. 2809-20-106621 was wrongly disallowed.

**COUNT 20**

176.        Paragraphs 1 through 24 are incorporated herein by reference.

177.        Entry number ACN-6066369-5 was covered by Protest No. 2809-20-106669.

178.        Entry lines 1 and 3 on the entry subject to this count were subject to the 301

Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 10%.

179.        The merchandise entered on line 1 of the entry subject to this count was classified

in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

180.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at

issue in the protest. Thus, the tariff classification of this merchandise is final.

181.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the

301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter

III of chapter 99, HTSUS.

182.        The merchandise entered on line 3 of the entry subject to this count was classified

in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture

and parts of wood.

183.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at

issue in the protest. Thus, the tariff classification of this merchandise is final.

184.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the

301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter

III of chapter 99, HTSUS.

185.        Protest No. 2809-20-106669 was wrongly disallowed.

**COUNT 21**

186.         Paragraphs 1 through 24 are incorporated herein by reference.

187.         Entry number ACN- 6068866-8 was covered by Protest No. 2809-20-107364.

188.         Entry line 1 on the entry subject to this count was subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

189.         The merchandise entered on line 1 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

190.         The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

191.         Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter III of chapter 99, HTSUS.

192.         Protest No. 2809-20-107364 was wrongly disallowed.


**COUNT 22**

193.         Paragraphs 1 through 24 are incorporated herein by reference.

194.         Entry number ACN-6068936-9 was covered by Protest No. 2809-20-107444.

195.         Entry lines 2, 3, and 4 on the entry subject to this count were subject to the 301 Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

196.         The merchandise entered on line 2 of the entry subject to this count was classified in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

197.         The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

198.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter III of chapter 99, HTSUS.

199.        The merchandise entered on line 3 of the entry subject to this count was classified in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture and parts of wood.

200.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

201.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter III of chapter 99, HTSUS.

202.        The merchandise entered on line 4 of the entry subject to this count was classified in tariff item 9403.90.8041, HTSUS, which provides for other metal furniture parts.

203.        The tariff classification of the merchandise in 9403.90.8041, HTSUS, was not at issue in the protest. Thus, the tariff classification of this merchandise is final.

204.        Merchandise classified in tariff item 9403.90.8041, HTSUS, is provided for in the 301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(173) of subchapter III of chapter 99, HTSUS.

205.        Protest No. 2809-20-107444 was wrongly disallowed.

## COUNT 23

206.        Paragraphs 1 through 24 are incorporated herein by reference.

207.        Entry number ACN-6069154-8 was covered by Protest No. 2811-20-100157.

208.        Entry lines 1 and 2 on the entry subject to this count were subject to the 301

Tariffs at the time of entry pursuant to subheading 9903.88.03 at the duty rate of 25%.

209.        The merchandise entered on line 1 of the entry subject to this count was classified

in tariff item 9403.90.7080, HTSUS, which provides for other articles of other types of furniture

and parts of wood.

210.        The tariff classification of the merchandise in 9403.90.7080, HTSUS, was not at

issue in the protest. Thus, the tariff classification of this merchandise is final.

211.        Merchandise classified in tariff item 9403.90.7080, HTSUS, is provided for in the

301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(172) of subchapter

III of chapter 99, HTSUS.

212.        The merchandise entered on line 2 of the entry subject to this count was classified

in tariff item 9403.60.8081, HTSUS, which provides for wooden furniture.

213.        The tariff classification of the merchandise in 9403.60.8081, HTSUS, was not at

issue in the protest. Thus, the tariff classification of this merchandise is final.

214.        Merchandise classified in tariff item 9403.60.8081, HTSUS, is provided for in the

301 Tariff exclusion set forth in subheading 9903.88.43 and U.S. note 20(vv)(168) of subchapter

III of chapter 99, HTSUS.

215.        Protest No. 2811-20-100157 was wrongly disallowed.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests this Court to enter judgment in favor of

Plaintiff and direct U.S. Customs and Border Protection to:

(a)        Grant exclusion of the imported entries from Section 301 tariffs increase pursuant

to the appropriate tariff exclusion;

(b)      Re-liquidate the protested entries without the assessment of Section 301 tariff;

(c)      Refund Plaintiff all excess duties and fees paid, plus interest as required by law; and

(d)      Provide Plaintiff with such further and additional relief as the Court may direct.


                                   Respectfully Submitted,
                                   Clark Hill PLC


                                   /s/ Robert Kevin Williams
                                   Robert Kevin Williams
                                   130 E. Randolph Street
                                   Suite 3900
                                   Chicago, IL 60601
                                   kwilliams@clarkhill.com

                                   Mark R. Ludwikowski
                                   Sally Alghazali
                                   Kelsey Christensen
                                   1001 Pennsylvania Ave., NW
                                   Suite 1300 South
                                   Washington, DC 20004


Dated: August 4, 2023