## UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| Baroque Timber Industries (Zhongshan) Co., Ltd.<br>*Plaintiff*,<br><br>and,<br><br>Riverside Plywood Corporation<br>*Plaintiff*,<br>and,<br><br>Lumber Liquidators Services, LLC<br>*Plaintiff-Intervenor*,<br><br>v.<br><br>UNITED STATES,<br>*Defendant*,<br><br>and,<br><br>American Manufacturers of Multilayered Wood Flooring<br>*Defendant-Intervenor*. | Consol. Court No.: 22-210 |

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND REQUEST TO TERMINATE ECF NOTIFICATIONS FOR SALLY ALGHAZALI

I hereby give notice that counsel Sally Alghazali, formerly of Clark Hill, PLC, is no longer with the firm. The remaining counsel at Clark Hill, PLC asks the Court to withdraw Mrs. Alghazali as counsel of record for Plaintiff-Intervenor **Lumber Liquidators Services, LLC**, and to have her ECF notifications terminated in connection with this matter. We are accordingly

filing Form 18 for Mrs. Alghazali, Notification of Termination of Access to Business Proprietary Information, in this case.

    Mark Ludwikowski, of Clark Hill, PLC, remains the lead counsel of record for the above-named Plaintiff-Intervenor.

                                               Respectfully Submitted,

Dated: August 18, 2025                      /s/ Mark Ludwikowski
                                               Mark Ludwikowski

                                               **CLARK HILL, PLC**
                                               1001 Pennsylvania Ave., N.W.
                                               Suite 1300 South
                                               Washington, DC 20004
                                               (202) 640-6680
                                               mludwikowski@ClarkHill.com