UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

| | | |
|---|---|---|
| STORE SUPPLY WAREHOUSE, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 23-00035 |
| UNITED STATES, | : | |
| Defendant. | : | |

### STATUS REPORT AND SCHEDULING ORDER

On November 12, 2025, Congress appropriated funds for the Department of Justice through January 30, 2026, and attorneys were permitted to resume their usual civil litigation functions as of November 13, 2025. The lapse of appropriations extended approximately 43 days. However, because undersigned counsel for the Government is handling close to 20 matters, all of which have due dates in the coming months, and one of which is on an expedited schedule, *Camel Energy, Inc. v. United States et al,* Court No. 25-230, the parties are seeking an extension of the schedule for an amount of 73 days in this case. Pursuant to the Court's October 2, 2025 Order, ECF No. 41, the parties have conferred with respect to the remainder of the schedule and submit the following proposed scheduling order with respect to all outstanding matters.

1. Fact discovery shall be completed by January 26, 2026;

2. Experts shall be designated, if any, by February 12, 2026;

3. Expert reports, if any, shall be exchanged by March 5, 2026;

4. Rebuttal experts reports, if any, shall be exchanged by March 30, 2026;

5. Expert discovery, if any, shall be completed by May 7, 2026;

6. Dispositive motions, if any, shall be submitted by May 11, 2026; a brief in response to a dispositive motion may include a dispositive cross-motion; and

7. In the event that there are no dispositive motions filed, a request for trial and the accompanying proposed pretrial orders shall be submitted by June 15, 2026.

Respectfully submitted,

By: /s/ Robert Williams
Robert Kevin Williams
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
kwilliams@clarkhill.com

Mark R. Ludwikowski
Sally Alghazali
Kelsey Christensen
1001 Pennsylvania Ave., NW
Suite 1300 South
Washington, DC 20004
*Attorneys for Plaintiffs*

-and-

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230

November 24, 2025                *Attorneys for Defendants*

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

| | |
|---|---|
| STORE SUPPLY WAREHOUSE, LLC, | |
| Plaintiff, | |
| v. | Court No. 23-00035 |
| UNITED STATES, | |
| Defendant. | |

### AMENDED SCHEDULING ORDER

On consideration of the parties' status report and scheduling order, and upon consideration of other papers and proceedings herein, it is hereby ORDERED the following schedule governing the remainder of the litigation shall be entered:

1. Fact discovery shall be completed by January 26, 2026;

2. Experts shall be designated, if any, by February 12, 2026;

3. Expert reports, if any, shall be exchanged by March 5, 2026;

4. Rebuttal experts reports, if any, shall be exchanged by March 30, 2026;

5. Expert discovery, if any, shall be completed by May 7, 2026;

6. Dispositive motions, if any, shall be submitted by May 11, 2026; a brief in response to a dispositive motion may include a dispositive cross-motion; and

7. In the event that there are no dispositive motions filed, a request for trial and the accompanying proposed pretrial orders shall be submitted by June 15, 2026.

Dated: _____
New York, New York                                 _____
                                                   Richard K. Eaton, Judge